Octavia Benton, appellee, v. Clarence Marr, appellant. Gen. No. 39,444.

 Heard in the second division of this court for the first district at the June term, 1936. Opinion filed October 19, 1937.

Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel. Braden, Hall & Barnes, for appellee; Zedrick T. Braden, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

## SECOND DISTRICT.

People of the State of Illinois, appellant, v. Sylvester Romanowski, appellee. Gen. No. 9,197.

 Heard in this court at the May term, 1937. Opinion filed June 30, 1937.

Charles E. Mason and Okel S. Fugua, for appellant; Sidney H. Block, of counsel. J. A. Miller, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Jessie A. Gardner et al., appellants, v. James T. Wolfe and Straus Securities Corporation, appellees. Gen. No. 9,224.

Heard in this court at the May term, 1937. Reversed and remanded. Opinion filed June 30, 1937. Rehearing denied October 7, 1937.

Frank E. Maynard and George T. Liddell, for appellants; Frank E. Maynard, of counsel. Hall & Dusher, for appellees.

Mr. Justice Dove delivered the opinion of the court.